# EXHIBIT A



 National Do Not Call Registry

En Espanol

You have registered the following telephone number in the National Do Not Call Registry:

(318) 423-5057

You may print this page if you wish to retain a copy for your records.

