# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| CLINTON STRANGE, | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:19-cv-01623-LSC |
| XYZ COMPANY, | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

As explained in the accompanying Memorandum of Opinion and Order, this action is hereby DISMISSED WITHOUT PREJUDICE. Costs are taxed as paid. The clerk is DIRECTED to mail a copy of the foregoing to the plaintiff at the address listed on the Docket Sheet.

**DONE** and **ORDERED** on August 21, 2020.

_____
L. Scott Coogler
United States District Judge

160704